UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLEN L. WISDOM, ) | |
|        Plaintiff, ) | 3:06-CV-00094-PMP-VPC |
| vs. ) | **ORDER** |
| STATE OF NEVADA, et al., ) | |
|        Defendants. ) | |

Having read and considered Plaintiff Wisdom's fully briefed Motion for Reconsideration (Doc. #171), and Defendants Counter Motion for Reconsideration (Doc. #177), and good cause appearing,

**IT IS ORDERED that** Plaintiff Allen Wisdom's fully briefed Motion for Reconsideration (Doc. #171) is **DENIED**.

**IT IS FURTHER ORDERED that** Defendants Counter Motion for Reconsideration (Doc. #177) is **DENIED**.

DATED: April 20, 2010.

_____
PHILIP M. PRO
United States District Judge