UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLEN L. WISDOM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STATE OF NEVADA, et al., ) <br> ) <br> Defendants. ) <br> ) | 3:06-CV-00094-PMP-VPC <br><br> **ORDER** |

The Court having read and considered Plaintiff Wisdom's Request for Certification (Doc. #172), filed on March 18, 2010, Defendant State of Nevada's Response in Opposition thereto (Doc. #173) filed March 19, 2010, and Plaintiff Wisdom's Reply (Doc. #181) filed April 1, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Wisdom's Request for Certification (Doc. #172) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff Wisdom's Motion to Strike Defendant Ayer's Response to Plaintiff's Motion to Reconsider Order (Doc. #195) is **DENIED**.

DATED: April 20, 2010.

_____
PHILIP M. PRO
United States District Judge