UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLEN L. WISDOM,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants. | 3:06-CV-00094-PMP-VPC<br><br>**ORDER** |

The Court having read and considered Defendant Jeffrey A. Dickerson's Motion to Dismiss (Doc. #174), filed on March 19, 2010, and Plaintiff Wisdom's Motion to Strike (Doc. #182) filed April 1, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Wisdom's Motion to Strike (Doc. #182) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff Wisdom shall, not later than **May 11, 2010**, within which to file a response to Defendant Jeffrey A. Dickerson's Motion to Dismiss (Doc. #174).

DATED: April 20, 2010.

PHILIP M. PRO
United States District Judge