UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| ALLEN WISDOM, | CASE NO.  3:06-CV-0094-PMP-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: SEPTEMBER 13, 2010 |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 10:04:02 a.m. - 10:28:14 a.m.</u>

Counsel for Plaintiff(s): <u>ALLEN WISDOM, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u> EUGENE WAIT, JR., SCOTT GLOGOVAC, and GREGORY LIVINGSTON </u>

PROCEEDINGS: **MOTION HEARING**

10:04 a.m. Court convenes.

**Motions to Strike Answer (Dockets #196 and #210)**

The Court notes there have been no oppositions filed to the subject motions.  IT IS ORDERED that the Motions to Strike are GRANTED.  Defendant Fetto's amended answer (Dockets #179 and #183) are STRICKEN from the record, but shall be retained in the case file.

**Motion for Joinder of Parties (Docket #209)**

IT IS ORDERED that the Motion for Joinder of Parties is DENIED.  It is improper to join parties who have previously been dismissed.

**Motion to Expand Number of Interrogatories (Docket #221)**

It is the Court's opinion that the subparts of the 24 interrogatories, as attached to Defendants' Reply (Docket #223), are not separate interrogatories, but are directly related to the respective initial interrogatories.  IT IS ORDERED that the Motion to Expand Number of Interrogatories is GRANTED to the extent that the above-mentioned 24 interrogatories shall be allowed and are deemed served as of the date of this hearing.  Plaintiff shall respond to said interrogatories within **sixty (60) days**, or by **November 12, 2010**.  Plaintiff is advised to submit to the Court a short request to extend time if he feels he is unable to meet that deadline.

Page Two
Minutes
3:06-CV-0094-PMP-RAM (Wisdom v. State of Nevada, et al.)
September 13, 2010

**Motion to Exclude Plaintiff's Initial Disclosures (Docket #224)**

IT IS ORDERED that the Motion to Exclude Initial Disclosures is DENIED without prejudice to renewal in a different form at a later date.

10:28 a.m.  Court adjourns.

                                          LANCE S. WILSON, CLERK

                                          By: /s/
                                          Deputy Clerk