UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLEN L. WISDOM,            )<br>                              )<br>            Plaintiff,      )<br>                              )<br>vs.                          )<br>                              )<br>STATE OF NEVADA, et al.,     )<br>                              )<br>            Defendants.     )<br>_____ ) | 3:06-CV-00094-PMP-VPC<br><br>**ORDER** |

The Court having read and considered Plaintiff's Objection to Magistrate Judge Order Re Joinder of Parties (Doc. #231), filed on September 23, 2010, and finding that Magistrate Judge Cooke's Order (Doc. #229) re joinder of parties is neither clearly erroneous or contrary to law, and good case appearing,

**IT IS ORDERED that** Plaintiff Allen Wisdom's Objection to Magistrate Judge Order Re Joinder of Parties (Doc. #231) are **OVERRULED**, and the Magistrate's Order (Doc. #229) is hereby **AFFIRMED**.

DATED: October 25, 2010.

_____
PHILIP M. PRO
United States District Judge