AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

ALLEN L. WISDOM,

        Plaintiff,

V.

STATE OF NEVADA, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:06-CV-00094-PMP-RAM

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment [239] is GRANTED. IT IS FURTHER ORDERED that Judgment is hereby entered in favor of Defendants ALPS Corporation; Attorneys Liability Protection Society, Inc.; David R. Grundy (in his capacities as an individual and as a director of ALPS Corporation and Attorneys Liability Protection Society, Inc.); Lemons, Grundy, & Eisenberg; Scott A. Glogovac; Gregory J. Livingston; Burton, Bartlett & Glogovac; Estate of Phillip W. Bartlett; Ernest E. Adler; Kilpatrick, Johnson & Adler; and Lorraine Fitch and against Plaintiff Allen Wisdom.

| _February 16, 2011_ | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |

                                              /s/   M. Campbell
                                                 Deputy Clerk