1

2

3

UNITED STATES DISTRICT COURT

4

DISTRICT OF NEVADA

5

6                                              * * *

7   ALLEN L. WISDOM,                    )
                                        )          3:06-CV-00094-PMP-VPC
8                    Plaintiff,         )
                                        )
9   vs.                                 )          **ORDER**
                                        )
10  STATE OF NEVADA, et al.,            )
                                        )
11                   Defendants.        )
                                        )
12  _____ )

13          On March 23, 2011, Plaintiff filed a Second Motion for Voluntary

14  Dismissal of Entire Action (Doc. #255).  Although the Court has previously entered

15  Judgment (Doc. 254) in favor of Defendants and against Plaintiffs, Plaintiff Wisdom

16  seeks clarification by the current motion that the dismissal of the entire action

17  including as to Defendants John Anthony Fetto will permit Plaintiff to appeal the

18  dismissal of this case.

19          **IT IS ORDERED that** Plaintiff Wisdom's Second Motion for Voluntary

20  Dismissal of Entire Action (Doc. #255) is **GRANTED** for purposes of clarifying

21  that this entire action has been dismissed and that judgment is hereby entered in

22  favor of all Defendants and against Plaintiff Wisdom.

23  DATED: April 11, 2011.

24

25  _____
    PHILIP M. PRO

26  United States District Judge