AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_\_\_\_

ALLEN L. WISDOM,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  3:06-cv-00094-PMP-RAM

STATE OF NEVADA, et al,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of all Defendants and against Plaintiff Wisdom.

 April 11, 2011                                   **LANCE S. WILSON**
    Date                                                      Clerk

                                                        /s/   M. Campbell
                                                          Deputy Clerk